**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 2, 2023

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Jordan Rosario
      23 Cr. 556 (PAE)

Dear Judge Engelmayer,

    We appeared for a first conference and arraignment before the Court this morning. At that appearance, we told the Court we would be seeking two written modifications to Mr. Rosario's bail package, which was originally set by Magistrate Judge Wang on September 30, 2023, and includes home incarceration enforced by GPS. We have consulted with Pretrial Services by Marlon Ovalles and the Government by Assistant United States Attorney Marguerite Colson, who both have no objection to these requests:

    First, we ask that the Court authorize Pretrial Services to send Mr. Rosario for a mental health evaluation, and, depending on the outcome of that evaluation, mental health treatment.

    Second, we ask that the Court permit Mr. Rosario to leave his house for appointments and/or classes related to furthering his education, with the prior approval of Pretrial Services (and without seeking further leave from the Court).

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Jordan Rosario
917-612-4527

**GRANTED.** The Court approves these modifications. The Clerk of Court is requested to terminate the motion at Dkt. No. 8.

11/3/2023

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge