UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-                                                                                23-CR-556 (PAE)

JORDAN ROSARIO,                                                       SCHEDULING ORDER

                       Defendant.

------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The Government's 404(b) notice shall be served by **March 11, 2024**.
- Any motions *in limine* shall be filed by **March 18, 2024**.
- Proposed jury charges *voir dire* shall be filed by **March 18, 2024**.
- Oppositions to any motions *in limine* shall be filed by **March 25, 2024**.
- The final pretrial conference in this case is scheduled for **April 3, 2024** at **10:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.
- Trial is scheduled for **April 8, 2024** at **9:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.
- Time is excluded until **April 8, 2024**, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: January 22, 2024
      New York, New York

                                                 *Paul A. Engelmayer*
                                                 PAUL A. ENGELMAYER
                                                 United States District Judge