

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

March 26, 2024

*Via ECF*
Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: United States v. Jordan Rosario**
**23-CR-556 (PAE)**

Dear Judge Engelmayer:

    I represent Jordan Rosario, in the above matter. Mr. Rosario is currently on bail with the condition of home incarceration. We are respectfully requesting a modification of Mr. Rosario's bail from home incarceration to a curfew. On behalf of Pretrial Services, Marlon Ovalles consents to the modification to a curfew with hours to be determined by Pretrial Services, and enforced by Location Monitoring. AUSA Marguerite Colson, defers to Pretrial Services.

    Thank you for Your Honor's time and consideration to this matter.

Respectfully submitted,

Lorraine Gauli-Rufo, Esq.
Attorney for Jordan Rosario

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 21.

3/27/2024

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge