

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310
_____

April 2, 2024

*Via ECF*
Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: United States v. Jordan Rosario**
**23-CR-556 (PAE)**

Dear Judge Engelmayer:

    I represent Jordan Rosario, in the above matter. Mr. Rosario pled guilty before Your Honor and is scheduled for sentencing on July 9, 2024. A Presentence Interview ("PSI") is currently scheduled for April 10, 2024. After speaking with Pretrial Services, our office has decided to submit a Young Adult Opportunity Program ("YAOP") application on behalf of Mr. Rosario. In light of this, we are respectfully requesting a 4-week adjournment of the PSI interview, PSR due dates and sentencing submissions. AUSA Marguerite Colson, has no objection to this request.

    Thank you for Your Honor's time and consideration to this matter.

Respectfully submitted,

Lorraine Gauli-Rufo, Esq.
Attorney for Jordan Rosario

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 23.

4/3/2024

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Page | 1